UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES JOHNSON,

    Plaintiff,

vs.                            CASE NO.: 8:25-cv-00214-VMC-AAS

CLOUD 9 SMOKES LLC, and
GHAITH ALNADI, Individually,

    Defendants.
_____/

**PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES**

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLAINTIFF, JAMES JOHNSON'S,
ANSWERS TO COURT INTERROGATORIES**

1. During what period of time were you employed by the Defendant?

    **From approximately May 2024 to January 25, 2025**

2. Who was your immediate supervisor?

    **Manager, Tony (last name unknown)**

3. Did you have a regularly scheduled work period? If so, specify.

    **From approximately 10:00 a.m. to 10:00 p.m.**

4. What was your title or position? Briefly describe your job duties.

    **Sales Associate – open store, work cash register, sell e-cigarettes, glass paraphernalia, clean store, tend to customers**

5. What was your regular rate of pay?

    **$11.00 per hr**

6. What is the nature of your claim (check all that apply)?

    __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

    __X__ Misclassification (Defendant mistakenly classified you as exempt from overtime);

    __X__ Miscalculation (Defendant failed to correctly calculate your compensation);

    _____ Other (please describe):

7. Provide an accounting of your claim, including:

    (a)  dates worked:

    **From approximately May 2024 to January 25, 2025**

 (b) regular hours worked:

 **40 hrs per week (paid via paper check)**

 (c) over-time hours worked

 **Approximately 20 hrs per week (partially paid in cash, partially unpaid)**

 (d) pay received versus pay claimed:

 **Paid $11.00/hr for 40 hours, partially paid for hours over 40 hours at $11.00/hr. Pay Claimed is for overtime for all hours worked over 40.**

 (e) total amount claimed:

 **Approximately $7,500.00**

8. If you have brought this case as a collective action:

 (a) Describe the class of employees you seek to include in this action.

 **Not applicable**

 (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

 **Not applicable**

9. Specify all attorneys' fees and costs incurred to date. With respect to attorneys' fees, provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

 **Attorney fees: Troy Longman Esq. $350/hr   Current hours to date 9.1 hours. $3,185.00**

 **Costs: Postage $11.64, Printing $4.50, Filling Fee, $405.00, Service of Mamdouh $55.00**

 **Total Fees and Costs to date: $3,661.14**

10. When did you (or your attorney) first complain to your employer about alleged violations of the Fair Labor Standards Act (FLSA)?

 **Beginning in June 2024 I began voicing my concerns to my Manager Tony.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

    **Oral.**

12. What was your employer's response? (If a written response, please attach a copy).

    **Tony would tell me that he would "make it up" to me or tell me that he would "make it right". Upon my repeated request in November/December 2024 he stated I needed to work harder if I wanted overtime pay.**

          _[signature]_
          ID C4jvyj1s4yEQwHTgPo3LAKBw
_____
Plaintiff, James Johnson's Signature

James Johnson
_____
Plaintiff, James Johnson's Printed Name

STATE OF FLORIDA
COUNTY OF _____

    BEFORE ME, the undersigned authority, on this day, personally appeared _____, who being first duly sworn, and _____ who is personally known to me or _____ who produced _____ as identification, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

    SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2025.

                             NOTARY PUBLIC

                          _____
                          Signature of Person Taking Acknowledgment
                          PRINT NAME: _____
Notary Stamp              Title: Notary Public
                          Serial No. (if any):
                          Commission Expires:

## eSignature Details

**Signer ID:** C4jvyj1s4yEQwHTgPo3LAKBw
Signed by: James Johnson
Sent to email: jjamie1974@gmail.com
IP Address: 107.123.37.62
Signed at: Feb 13 2025, 3:54 pm EST

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to parties and counsel of record.

FLORIN | GRAY

/s/ *Troy E. Longman, II*
**TROY E. LONGMAN, II, ESQUIRE**
Florida Bar No.: 1031921
tlongman@floringray.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@floringray.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

*Attorneys for Plaintiff*